**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00191-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1. NASER KUSEH KALANI YAZD,

  Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

  This will confirm that a status/scheduling hearing regarding Defendant Yazd is set **Tuesday, May 24, 2011 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  May 11, 2011