**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  11-cr-00191-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    NASER KUSEH KALANI YAZD,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant has filed a Motion for Permission to Leave the State of Colorado (Doc 32 - filed July 6, 2011).  Government and Probation have **up to and including July 15, 2011** to file a response.

Dated:  July 7, 2011