IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00191-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. NASER KUSEH KALANI YAZD,

    Defendant.

---

## JUDGMENT OF ACQUITTAL

---

    Pursuant to Fed. R. Crim. P. 32(k), the following JUDGMENT OF ACQUITTAL is hereby entered.

    THIS MATTER came on for jury trial on June 4, 2012, before a duly impaneled jury of twelve, the Honorable Lewis T. Babcock, District Judge, presiding. On June 8, 2012, the jury rendered a verdict of not guilty on all counts of the indictment. Accordingly, it is hereby

    ORDERED that the defendant Naser Kuseh Kalani Yazd is hereby acquitted of all charges against him and discharged, the superseding indictment is dismissed, and bond is exonerated.

    DATED at Denver, Colorado this   12th   day of June, 2012.

                                      BY THE COURT:

                                      By: s/ Lewis T. Babcock
                                              Lewis T. Babcock
                                              United States District Judge