IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

Criminal Action No.   11-cr-00191-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

NASER KUSEH KALANI YAZD,

        Defendant.

---

ORDER EXONERATING BOND

---

This criminal action has proceeded to trial with a verdict and judgment of acquittal. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 12th day of June, 2012.

BY THE COURT:

By:   s/Lewis T. Babcock
     UNITED STATES DISTRICT JUDGE
     DISTRICT OF COLORADO